UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

CARRIE BANKS,

        Plaintiffs,

    v.

SAN MATEO COUNTY DISTRICT ATTORNEY'S OFFICE, et al.,

        Defendants.

Case No. 24-cv-08681-SI  (SI)

**PRETRIAL PREPARATION ORDER (CIVIL)**

It is hereby **ORDERED** pursuant to F.R.C.P. and the Local Rules of this Court:

FURTHER CASE MANAGEMENT: 8/29/25 at 3:00 PM.
Counsel *must* file a joint case management statement seven days in advance of the conference.

DEADLINE FOR AMENDMENT OF THE PLEADINGS:

DISCOVERY PLAN: Per F.R.Civ.P and Local Rules, subject to any provisions below.

NON-EXPERT DISCOVERY CUTOFF is: 1/22/2026.

DESIGNATION OF EXPERTS: 1/23/2026; REBUTTAL: 2/13/2026;
    Parties **SHALL** conform to Rule 26(a)(2).

EXPERT DISCOVERY CUTOFF is: 3/13/2026.

DISPOSITIVE MOTIONS **SHALL** be filed by; 4/3/2026;
    Opp. Due: 4/17/2026; Reply Due: 4/24/2026;
    and set for hearing no later than 5/8/2026 at 10:00 AM.

PRETRIAL PAPERWORK DUE:  6/30/2026
PRETRIAL CONFERENCE DATE: 7/14/2026 at 1:30 PM.

JURY SELECTION & TRIAL DATE: 7/27/2026 at 9:00 AM.
    Courtroom 1, 17th floor.

TRIAL LENGTH is estimated to be 6 days.

SPECIAL DISCOVERY AND PRETRIAL PROVISIONS:

The pretrial conference **SHALL** be attended by trial counsel prepared to discuss all aspects of the case, including settlement.  Parties **SHALL** conform to the attached instructions. Plaintiff is ORDERED to serve a copy of this order on any party subsequently joined in this action.

**IT IS SO ORDERED**.

Dated: June 9, 2025

_____
SUSAN ILLSTON
United States District Judge