UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARRIE BANKS,<br><br>          Plaintiff,<br><br>     v.<br><br>SAN MATEO COUNTY DISTRICT ATTORNEY'S OFFICE, et al.,<br><br>          Defendants. | Case No. 24-cv-08681-SI<br><br>**JUDGMENT** |

The Court has dismissed plaintiff's federal claims from this case with prejudice and has dismissed the state law claims without prejudice. Judgment is hereby entered accordingly.

**IT IS SO ORDERED AND ADJUDGED**.

Dated: July 1, 2025

_____
SUSAN ILLSTON
United States District Judge